UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DANNY MILLER,

      Plaintiff,

  v.

ROSANNE CAMPBELL, et al.,

      Defendants.

NO. CIV. S 01-1374 MCE CMK P

ORDER

----oo0oo----

    Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

    On February 22, 2005, Magistrate Judge Kellison filed the attached findings and recommendations, recommending that Defendants' motion for summary judgment be granted. The February 22, 2005, findings and recommendations were served on Plaintiff and returned as undeliverable on February 25, 2005. Judge Kellison's findings and recommendations contained notice to

1

1 Plaintiff that any objections to the findings and recommendations
2 were to be filed within ten (10) days.
3    On March 3, 2005, the magistrate judge filed a second set of
4 findings and recommendations, recommending that Plaintiff's case
5 be dismissed pursuant to Local Rule 83-183(b) for failure to keep
6 the Court appraised of his current address.  Plaintiff filed a
7 change of address on March 7, 2005.
8    On March 9, 2005, the Court ordered the Clerk to re-serve
9 the February 22, 2005, findings and recommendations on Plaintiff
10 at his new address.  However, due to a clerical error, the March
11 3, 2005, findings and recommendations were served on Plaintiff,
12 instead of the February 22, 2005, findings and recommendations.
13    On March 24, 2005, the Court re-served the February 22,
14 2005, findings and recommendations on Plaintiff at his new
15 address.  These documents were returned by the postal service as
16 undeliverable on March 31, 2005.
17    Although the February 22, 2005, findings and recommendations
18 were returned as undeliverable, Plaintiff was properly served.
19 Local Rule 83-182(f) ("Absent [change of address] notice, service
20 of documents at the prior address of the attorney or party shall
21 be fully effective.").  It is Plaintiff's responsibility to keep
22 the Court appraised of his current address at all times.[1]
23    In accordance with the provisions of 28 U.S.C. § 636(b)(1)
24 and Local Rule 72-304, the Court has conducted a *de novo* review
25 of this case.  Having carefully reviewed the entire file, the
26
27   [1] A review of the docket indicates that Plaintiff has
continually failed to notify the Court of his current address.
28 (Docs. 17, 52 and 59.)

2

1 | Court finds the magistrate's findings and recommendations to be
2 | supported by the record.  Plaintiff has failed to raise
3 | sufficient evidence to establish a genuine issue of material fact
4 | as to whether Defendants violated the 8th Amendment.  <u>Fed. Trade
5 | Comm'n v. Publ'g Clearing House, Inc.</u>, 104 F.3d 1168, 1171 (9th
6 | Cir. 1997) ("A conclusory, self-serving affidavit, lacking
7 | detailed facts and any supporting evidence, is insufficient to
8 | create a genuine issue of material fact.").

10 |     Accordingly, IT IS HEREBY ORDERED:

12 |     1. The February 22, 2005, findings and recommendations are
13 | adopted in full; and
14 |     2. Defendant's motion for summary judgment is GRANTED.

17 |     IT IS SO ORDERED.

19 | DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE