IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MILLER,

    Plaintiff,                        No. CIV S-01-1374 MCE CMK P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.                <u>ORDER</u>

/

        On August 29, 2005, plaintiff filed a letter regarding the status of his case. This civil rights action was closed on April 19, 2005. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 6, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE